**SHAKED LAW GROUP, P.C.**
Attorneys-At-Law
14 Harwood Court, Suite 415
Scarsdale, New York 10583

———————————

Tel.  (917) 373-9128
ShakedLawGroup@Gmail.com

April 13, 2023

<u>VIA ECF</u>

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    <u>Request for Adjournment of Initial Status Conference</u>
                *Linda Slade v. Jacobson Group (USA) LLC d/b/a/ Gola*
                No. 23-cv-1665-LGS

Dear Judge Schofield:

      We represent the Plaintiff, Linda Slade, in connection with the above-referenced matter. Pursuant to Rule 1.B.2 of Your Honor's Individual Rules of Practice, we respectfully submit the following request for adjournment of the initial status conference scheduled to be held on April 19, 2023, at 4:10 p.m. by telephonic conference.

      We have been unable to serve Defendant with the summons and complaint despite multiple attempts. Defendant's New York office appears to be closed. We intend on finding an alternative address for service and making further attempts in the near future.

      For these reasons, Plaintiff respectfully requests the Court adjourn the initial pre-trial conference for thirty (30) days. Also, Plaintiff respectfully requests the Court extend any applicable deadlines, given that the Court had ordered parties to file a joint letter. (ECF Dkt. 5.) No prior application for this relief has been made.

      Thank you for your attention to this matter.

                                    Respectfully submitted,

                                    Dan Shaked, Esq.
                                    *Attorney for Plaintiffs*